IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV333-03-MU

| | |
|---|---|
| WILLIE D. WORLEY JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MICHAEL EASLEY; ROY COOPER ) | |
| THEODIS BECK; CHRISTIAN HOELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on Petitioner's motion to amend and Petitioner's motion regarding systematic corruption. (Documents 9 and 10.) In his motion to amend, Petitioner aks this Court to amend the caption of his Complaint from "Michael Easley, et., al," to "Mike Easley, et., al." The Court will dismiss the motion as moot as Petitioner's Complaint has been dismissed for failure to state a claim for relief. (Document No. 2.) Likewise, Petitioner's motion regarding systematic corruption, which lists various public officials who have engaged in illegal practices, will also be dismissed as moot for the same reason.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's motion to amend (Document No. 9) and Plaintiff's motion regarding systematic corruption are both dismissed as moot as this case has been dismissed, by Order dated August 20, 2007, for failure to state a claim for relief.

**SO ORDERED**.

Signed: October 9, 2007

Graham C. Mullen
United States District Judge